Mark J. Werksman, Esq. State Bar No. 120767
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROBERT MANUEL NACIONALES TAFOYA<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23-CR-00384-ODW<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. EX PARTE APPLICATION TO ALLOW DEFENDANT ROBERT TAFOYA TO FILE UNDER SEAL; DECLARATION OF MARK J. WERKSMAN; [PROPOSED] ORDER
2. SENTENCING MEMORANDUM FOR ROBERT TAFOYA; EXHIBITS A AND B

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 20, 2026
_____
Date

Mark J. Werksman
_____
Attorney Name
 Robert Manuel Nacionales Tafoya
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*