**Mark J. Werksman, Esq. (State Bar No. 120767)**
**Werksman Jackson & Quinn LLP**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California 90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanjackson.com**

Attorneys for Defendant
ROBERT MANUEL NACIONALES TAFOYA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT MANUEL NACIONALES TAFOYA <br><br> Defendant. | **CASE NO. 2:23-CR-00384-ODW** <br><br> **SUPPLEMENT TO EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM** <br><br> Hearing Date: August 3, 2026 <br> Hearing Time: 11:00a.m. |

**TO THE HONORABLE OTIS D. WRIGHT, II, UNITED STATES DISTRICT JUDGE, AND ASSISTANT UNITED STATES ATTORNEYS KEDAR BHATIA AND MICHAEL MORSE:**

Defendant Robert Tafoya ("Mr. Tafoya"), by and through his counsel of record, Werksman Jackson & Quinn LLP, hereby files a supplement to Exhibit A filed in support of Mr. Tafoya's sentencing memorandum. This supplement is an additional letter, received from Mr. Tafoya's 90-year-old father, Lary Tafoya.

Dated: July 29, 2026                 Respectfully submitted,

                                  _/s/_____
                                  Mark J. Werksman
                                  Attorney for Robert Tafoya

1