# EXHIBIT A
# SUPPLEMENT

July 20, 2026

To the Honorable Court:

My name is Lary Tafoya and I am sending this letter to the Court on behalf of my son, Robert Tafoya.

My son, Bobby, has always been very attentive and loving to his children. When his older children were growing up, he was active in all of their activities and supported them in a way that I thought was very very impressive. They are now grown and are productive citizens. He also has a young son and is showing the same love and support to him as well. He's a very caring and active parent and makes sure that he spends quality time helping with schoolwork and playing outdoors. My son supports his young son any way he can. Last month, he welcomed a new grandson. He's a great father (and now grandfather) and it has been my great joy to see with him with his children. I am very proud of him.

I had three brothers who served in the Army. My other brother and I went into the Marine Corps and my son and my son-in-law served in the Navy. They all served honorably and proudly. Bobby worked hard in college after he was honorably discharged from the service and then he went to law school. I have always been proud of his hard work and commitment to his education.

My wife and I worked for the church and the local outreach programs. When we could, we brought our four children to help the less fortunate. After my wife passed away suddenly, I went with President Carter to Cambodia where we built houses there and in other neighboring countries. I will be 90 years old in a couple of months and I am in relatively good health now but I had two major surgeries. Fortunately my two daughters and my son were very patient and loving through my medical problems. My son came home and stayed with me through my rehab and he never left my side until I was able to get up and be active again. I am so grateful to my daughters and my son for the loving care, and I'm certain in my mind they have extended my time on earth. My son checks on me daily and I am so grateful.

He has a loving family who support him and only want the best for him. I pray for the Court and my son. I know the decision you will make will be difficult. I hope this will show you that my son is a good person. I already see a genuine desire and actions on his part to atone for his mistakes and change his life. I thank you for considering my words while making your decision.

*Lary Tafoya*