# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-00384-ODW | | Date | August 3, 2026 |
|---|---|---|---|---|

Present: The Honorable     OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Sheila English | Court Smart | Michael J. Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Manuel Nacionales Tafoya | NOT | X | | Mark Werksman | NOT | | X |

## STATUS CONFERENCE RE: SENTENCING

The matter is called, appearances are called. The matter was set for sentencing. The court continues this hearing until September 1, 2026 at 10:00 am by ZOOM. The link is below:

https://cacd-uscourts.zoomgov.com/j/1610135754?pwd=dlBkSTB5QUsyTEVzZ3JtajA1b211QT09
**Webinar ID**: 161 013 5754
**Passcode:** 136454

Or Call-in by Telephone:
Or Telephone:

Dial(for higher quality, dial a number based on your current location):
    US: +1 669 254 5252  or +1 646 828 7666

**If the Host "enables you to speak." Press *6 to mute/un-mute your telephone audio.**

| | : | 36 |
|---|---|---|

Initials of Deputy Clerk     se