**Mark J. Werksman, Esq. (State Bar No. 120767)**
**Werksman Jackson & Quinn LLP**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California 90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanjackson.com**

Attorneys for Defendant
ROBERT MANUEL NACIONALES TAFOYA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT MANUEL NACIONALES TAFOYA<br>Defendant. | **CASE NO. 2:23-CR-00384-ODW**<br>**DEFENDANT ROBERT TAFOYA'S PROPOSED COMMUNITY SERVICE** |

Defendant Robert Tafoya by and through his counsel of record, Mark J. Werksman hereby proposes that the Court order Mr. Tafoya to perform community service at the Veterans Legal Institute (VLI) where his skills as a lawyer (albeit disbarred) could best be used to reach the greatest number of people and assist fellow veterans.

VLI is located at 1231 Warner Avenue, Tustin, CA 92780. The office. VLI provides legal services to low income and homeless veterans.

VLI assists veterans out of their office in Tustin and runs two clinics at the VA Long Beach facility (Tibor Rubin), Wadek-Hyman Veterans Legal Aid Clinic, VA Medical Center Long Beach, Building 165, Room C209B, 5901 East 7th Street, Long Beach, CA 90822, and a monthly clinic at the Learning Center Auditorium, "The Egg." The Wadek-Hyman Clinic helps veterans with legal issues

related to benefits. The monthly clinic at The Egg helps veterans with evictions, discharge upgrades, family law, bankruptcy, expungement, estate planning and other areas.

The first Wadek-Hyman clinic date after Mr. Tafoya's August 3 hearing was on August 28 and he attended from 9 a.m. to 12:00 p.m. to familiarize himself with the Clinic and its work.

Mr. Tafoya can assist the VLI as a paralegal where he would work closely with the VLI lawyers and paralegal staff on cases for veterans. He would do intake where appropriate, follow up with clients (veterans), assist in drafting any motions, declarations and other court documents, review files, communicate with VLI lawyers regarding strategy and do general organization and paralegal work for cases such as benefit denial, evictions, expungements, benefit upgrades, family law, and other services needed by veterans. He would also assist veterans in filling out forms and guide them through the process for disability or other badly needed veteran benefits. Mr. Tafoya would work in their Tustin office as needed, remotely from home when appropriate and attend all monthly clinics at the VA Long Beach facility.

Dated: August 31, 2026

Respectfully submitted,

Mark J. Werksman
Attorney for Robert Tafoya