# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA

Plaintiff(s),

v.

ROBERT MANUEL NACIONALES TAFOYA

Defendant(s).

CASE NUMBER:

2:23−cr−00384−ODW

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 8/31/2026

Document No.: 47

Title of Document: Request for Order for Community Service Filed by Defendant Robert Manuel Nacionales Tafoya.

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

No Formal request for the relief sought, just a proposed community service to be approved or ordered. No proposed order submitted as a separate attachment

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 1, 2026

By: /s/ *Linda Chai Linda Chai@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**