# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended ___________________________)

Case No. CR 23-00384-ODW Date September 1, 2026

Present: The Honorable OTIS D. WRIGHT, II

| Sheila English | Court Smart | Neil Thakor |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Robert Manuel Nacionales Tafoya | | X | Mark Werksman | X | ☐ | ☐ | |

**PROCEEDINGS: SENTENCING AND JUDGMENT HEARING** ☐ **Contested** ☐ **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. X Refer to separate Judgment Order.

___ Imprisonment for Years/months on each of counts ___
Count(s) concurrent/consecutive to count(s) ___

___ Fine of $ ___ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) ___

___ Confined in jail-type institution for ___ to be served on consecutive days/weekends commencing ___

___ years/months Supervised Release/Probation imposed on count(s) ___
consecutive/concurrent to count(s) ___
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

- ___ Perform ___ hours of community service.
- ___ Serve ___ in a CCC/CTC.
- ___ Pay $ ___ fine amounts & times determined by P/O.
- ___ Make $ ___ restitution in amounts & times determined by P/O.
- ___ Participate in a program for treatment of narcotic/alcohol addiction.
- ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
- ___ Other conditions: ___

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $ ___ per count, special assessment to the United States for a total of $ ___

___ Imprisonment for months/years and for a study pursuant to 18 USC ___ with results to be furnished to the Court within days/months whereupon the sentence shall be subject to modification. This matter is set for further hearing on ___

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

X Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission. ___ Processed statement of reasons.

X Bond exonerated ___ upon surrender ___ upon service of ___

___ Execution of sentence is stayed until 12 noon, ___ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release # ___

___ Filed and distributed judgment. ENTERED.

X Other **The Court authorizes Mr. Tafoya to visit his father in Arizona September 3, 2026 through September 8, 2026.** The parties and the defendant addresses the Court.

___ : 38

Initials of Deputy Clerk ___

cc: